UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NORTON,<br><br>        Plaintiff,<br><br>  v.<br><br>CIA,<br><br>        Defendant. | No. ED CV 07-00069-VAP (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE FIRST AMENDED COMPLAINT AND THE ENTIRE ACTION |

    Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Report and Recommendation.

    **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered denying and dismissing the First Amended Complaint and the entire action with prejudice.

DATED: December 27, 2007

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE