UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NORTON, | ) | No. ED CV 07-00069-VAP (VBK) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CIA, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and the entire action with prejudice.

DATED: December 27, 2007

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE